UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.  Case No: 2:18-cr-88-FtM-38MRM

JACK M. TURTLE,
_____/

### ORDER

This matter comes before the Court on review of the file. This case is set for trial before the undersigned on April 1, 2019. It will, however, be transferred to the visiting judge, the Honorable Paul A. Magnuson, Senior United States District Judge for the District of Minnesota, to handle all motions, the final pretrial conference, and the trial.

Accordingly, it is now

**ORDERED:**

(1) The Clerk is directed to **REASSIGN** the above-captioned case to the Honorable Paul A. Magnuson and **TRANSFER** all deadlines, including the final pretrial conference and trial date certain, to his calendar.

(2) The Clerk is further directed to **CANCEL** all deadlines, hearings, and the trial term before the undersigned. A separate notice and/or trial calendar will be issued later resetting the deadlines before the Honorable Paul A. Magnuson.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of March 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record